1040

No. 96–371. CLAYTON ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 96–395. BROWN *v.* WEST, SECRETARY OF THE ARMY. C. A. D. C. Cir. Certiorari denied.

No. 96–397. SAMUEL *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 10th Cir. Certiorari denied.

No. 96–423. COULTER ET AL. *v.* METROPOLITAN LIFE INSURANCE CO., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–565. O'CONNOR *v.* CONSOLIDATED COIN CATERERS CORP. C. A. 4th Cir. Certiorari denied.

No. 96–569. MCKAY *v.* JOBIN, TRUSTEE, ESTATE OF M & L BUSINESS MACHINE CO., INC. C. A. 10th Cir. Certiorari denied.

No. 96–583. ROSLYN UNION FREE SCHOOL DISTRICT NO. 3 ET AL. *v.* HSU, BY AND THROUGH HER NEXT FRIEND, HSU, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–584. PRINCE ET UX. *v.* UNSECURED CREDITORS COMMITTEE. C. A. 7th Cir. Certiorari denied.

No. 96–585. ETHIER *v.* LARSON ET AL. Ct. App. Minn. Certiorari denied.

No. 96–588. WASHINGTON TIMES CORP. *v.* BERMAN. C. A. D. C. Cir. Certiorari denied.

No. 96–592. SPEAR, LEEDS & KELLOGG *v.* CENTRAL LIFE ASSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–593. LIVING SPRINGS RETREAT *v.* COUNTY OF PUTNAM ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.